**William R. HOY, Petitioner**

v.

**BOROUGH OF COCHRANTON, Respondent**

**No. 33 WAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Eric ALEXIS and Joan Alexis, Petitioners**

v.

**Ronald J. KOLDJESKI and Lackawanna County Tax Claim Bureau, Respondents**

**No. 59 MAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward Charles HIXON, Petitioner**

**No. 135 MAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**